IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**DARRIS SIMS**                                                                                                     **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 2:12CV005-MPM-JMV**

**INCA PRESSWOOD-PALLETS, LTD.**                                         **DEFENDANT**

**ORDER GRANTING LEAVE FOR INTERVENTION OF
OLD REPUBLIC LIFE INSURANCE COMPANY**

This matter is before the court on the motion of Old Republic Life Insurance Life Company ("Intervenor"), for leave to intervene in this case as Party Plaintiff pursuant to Rule 24 of the Federal Rules of Civil Procedure, and the Court having heard and considered same, finds:

1.      Intervenor alleges that On May 12, 2010, Darris Sims sustained the injury for which claim is made in this cause while employed by Dart Transit, Co. ("Dart"), and Sims' injury arose out of and in the course of said employment.

2.      Intervenor alleges that at the time of said injury, Sims had secured an Occupational Accident Coverage policy of insurance ("Policy") issued by Intervenor through Dart.

3.      Intervenor alleges that pursuant to the terms and conditions of the Policy, Intervenor has paid benefits to Sims in the amount of $38,267.07.

4.      Intervenor alleges that it is entitled to reimbursement from the proceeds of any recovery herein from the parties herein and to have its rights determined by a final judgment of this Court.

Based on the aforementioned, the court finds the motion to be well-taken and Intervenor's motion shall be GRANTED.

IT IS, THEREFORE, ORDERED AND ADJUDGED that Old Republic Life Insurance Company is hereby granted leave to intervene herein and to file its intervening Complaint within fifteen (15) days from the date of this Order.

SO ORDERED, the 23rd day of May, 2012.

/s/Jane M. Virden
UNITED STATES MAGISTRATE JUDGE

**PRESENTED BY:**

 /s/ R. Eric Toney
JAMES R. MOORE, JR. (MSB #3445)
R. ERIC TONEY (MSB #102349)
600 Concourse, Suite 100
1076 Highland Colony Parkway (39157)
Post Office 6020
Ridgeland, Mississippi 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
jmoore@cctb.com
etoney@cctb.com
*Counsel for Intervenor*