## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

**DARRIS SIMS**                                                        **PLAINTIFF**

**OLD REPUBLIC LIFE INSURANCE COMPANY**            **INTERVENOR**

**VS.**                                             **CIVIL ACTION NO.: 2:12cv00005-MPM-JMV**

**INCA PRESSWOOD-PALLETS, LTD.**                          **DEFENDANT**

### AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

UPON motion *ore tenus* of the parties for a dismissal with prejudice of any and all claims asserted by Plaintiff, Darris Sims, and Intervenor, Old Republic Life Insurance Company, against Defendant, Inca Presswood-Pallets, LTD and any and all claims asserted by Intervenor, Old Republic Life Insurance Company, against Plaintiff, Darris Sims, and Defendant, Inca Presswood-Pallets, LTD in the above-referenced matter and the Court, being advised that the parties have reached a settlement and now request that the case now be dismissed with prejudice, finds that said motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that any and all claims of the Plaintiff, Darris Sims, brought, or which could have been brought, against the Defendant, Inca Presswood-Pallets, LTD and any and all claims of Intervenor, Old Republic Life Insurance Company, brought, or which could have been brought, against Defendant Inca Presswood-Pallets, LTD and Plaintiff, Darris Sims, in the above-referenced matter shall be and are hereby dismissed <u>with prejudice</u> with each party to bear their own costs.

**IT IS FURTHER ORDERED AND ADJUDGED** that the terms and conditions of any and all releases and/or settlement agreements signed by the Plaintiff and Intervenor, are incorporated herein by reference as if fully set forth herein and the Court acknowledges that this judgment of dismissal is being entered as a condition of the settlement between the parties and the Court retains jurisdiction over the enforcement, if any, of the settlement agreements with each party bearing their own costs, expenses and

attorneys fees.

**SO ORDERED AND ADJUDGED**, this the 27th day of March, 2013.

**/s/ MICHAEL P. MILLS**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**AGREED:**

/s/ Frank Dantone
**FRANK DANTONE, ESQ.**
Attorney for Plaintiff

/s/Eric Toney
**ERIC TONEY, ESQ.**
Attorney for Intervenor

/s/ Reagan D. Wise
**REAGAN D. WISE, MSB # 100309**
Attorney for Defendant